## United States Bankruptcy Court
### District of Oregon

**IN RE:**  Case No. **14-63530-fra11**

**Hagenauer, Laura Lee**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| ISS West<br>801 Second Ave., Suite 1108<br>Seattle, WA 98104 | | Business Debt | | 180,000.00 |
| West Coast Metals<br>27292 Calley Arroyo, Suite A<br>San Juan Capistrano, CA 92675 | | Business Debt | | 174,456.90 |
| Chase<br>POB 94014<br>Palatine, IL 60094-4014 | | Credit Card | | 107,023.10 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | | Tax Lien | | 104,546.63 |
| RF Factor<br>(APEC & Service Partner)<br>POB 920<br>Vancouver, WA 98666 | | Business Debt | | 66,842.89 |
| Bruce Kahler<br>3071 Schmidt Ln. NE<br>Hubbard, OR 97032 | | Business Debt | | 59,309.47 |
| Dennis Hagenauer<br>1129 Belle Passi Rd.<br>Woodburn, OR 97071 | | Business Debt | | 50,903.07 |
| Oxbow<br>600 S. 7th Street<br>Louisville, KY 40203 | | Business Debt | | 49,914.04 |
| Superior Plus<br>POB 731741<br>Dallas, TX 75373-1741 | | Business Debt | | 43,399.40 |
| Fora Financial Business Loans, LLC<br>242 W. 36th Street, 14th Floor<br>New York, NY 10018 | | Business Debt | | 43,239.00 |
| ISS West<br>801 Second Ave., Suite 1108<br>Seattle, WA 98104 | | Business Debt | | 39,493.64 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | | Tax Liability | | 31,939.12 |
| Bank Of America<br>POB 982235<br>El Paso, TX 79998-2235 | | Credit Card | | 28,750.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| **Atlas Bolt & Screw**<br>POB 96113<br>Chicago, IL  60693 | **Business<br>Debt** | **28,177.08** |
| **Marc Nelson Oil Products**<br>POB 7135<br>Salem, OR  97303 | **Business<br>Debt** | **17,191.27** |
| **Discover Financial Services**<br>PO Box 15316<br>Wilmington, DE  19850 | **Credit Card** | **16,458.00** |
| **Penske**<br>POB 7429<br>Pasadena, CA  91109 | **Business<br>Debt** | **12,856.77** |
| **Champion**<br>POB 1624<br>Woodinville, WA  98072 | **Business<br>Debt** | **12,018.28** |
| **Toyota Lift Northwest**<br>POB 4100<br>Portland, OR  97208 | **Business<br>Debt** | **3,093.68** |
| **CitiBank**<br>POB 6235<br>Sioux Falls, SD  57117 | **Credit Card** | **2,982.00** |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September 30, 2014**     Signature     */s/ Laura Lee Hagenauer*
                                 of Debtor
                                                **Laura Lee Hagenauer**

Date: _____    Signature     _____
                                 of Joint Debtor
                                 (if any)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Ted A. Troutman, OSB #844470
Muir & Troutman Law Office
16100 NW Cornell Rd., Ste 200
Beaverton, OR 97006
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In Re                                                   )
                                                        ) Case No. 14-63530-fra11
**Laura L. Hagenauer,**                                 )
                                                        )
                                                        )  **CERTIFICATE OF SERVICE**
                                                        )

I, Lisette Barajas, Declare as follow:

    I certify that on **September 30, 2014**, I served, by **first class mail**, a full and true copy of the foregoing **List of Creditors Holding 20 Largest Unsecured Claims, Labels of the 20 Largest Unsecured Creditors and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Laura Hagenauer**
**1129 Belle Passi Rd.**
**Woodburn OR 97071**

**Office of the United States Trustee**
**405 E. 8th Ave. #1100**
**Eugene OR 97401**

Dated: **September 30, 2014**

/s/ Lisette Barajas
Lisette Barajas, Legal Assistant to
Ted A. Troutman

Page 1 Certificate of Service