UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                                           ) Case No. _____
                                                                                      )
                                                                                      ) NOTICE OF **PRELIMINARY**
                                                                                      ) HEARING ON MOTION
                                                                                      )     FOR USE OF CASH COLLATERAL
                                                                                      )     TO OBTAIN CREDIT
Debtor(s)                                                                     ) *(Check One)*

YOU ARE NOTIFIED THAT:

1.   The undersigned moving party, _____, filed a Motion ☐ For Use of Cash Collateral ☐ To Obtain Credit *(check one)*. A copy of the motion is attached; and it includes BOTH (i) the statement required by Local Form #541.7, and (ii) the following allegations:

    a. The immediate and irreparable harm that will come to the estate pending a final hearing is _____.

    b. The amount of ☐ cash collateral ☐ credit *(check one)* necessary to avoid the harm detailed above prior to the final hearing is _____.

2.   The name and service address of the moving party's attorney (or moving party, if no attorney) are: _____.

3.   A **PRELIMINARY** HEARING on the motion WILL BE HELD ON _____ AT _____ IN _____.
Testimony will be received if offered and admissible.

4.   If you wish to object to the motion, you must do one or both of the following: (1) attend the preliminary hearing; and/or (2) file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), a written response, which states the facts upon which you will rely and, if the response is filed within three business days before the hearing, notify the judge's chambers by telephone immediately after filing the document, as required by LBR 9004-1(b). See Local Form #541.51 for details.

5.   On _____ copies of BOTH this notice AND the motion were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; any trustee; any trustee's attorney; members of any committee elected pursuant to 11 U.S.C. §705; any Creditors' Committee Chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; any Creditors' Committee attorney; the U.S. Trustee; and all affected lien holders whose names and addresses used for service are as follows:

                                                                _____
                                                                Signature
                                                                _____
                                                                (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

541.1 (12/1/13)        **\*\*LOCAL FORM #541.51 ATTACHED IF this NOTICE served on PAPER\*\***

Ted A. Troutman
Muir & Troutman
16100 NW Cornell Rd., Suite 200
Beaverton OR 97006
(503) 292-6788
tedtroutman@sbcglobal.net

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In Re: | ) | Case No: 14-63530-fra11 |
| | ) | |
| **Laura L. Hagenauer,** | ) | **MOTION FOR AUTHORITY** |
| | ) | **TO USE CASH COLLATERAL** |
| | ) | |
| Debtor(s). | ) | |

COMES NOW the debtor, Laura Hagenauer, by and through their attorney, Ted A. Troutman, and asks the Court for authority to use cash collateral in the monthly amounts set forth in the Debtor's projected budget attached as Exhibit 1, and to grant replacement liens. In support of its application, Debtor respectfully represents:

1. None of the prohibited provisions listed in LBF 541.7 are included in this Motion or the proposed Final Order.

2. Laura Hagenauer filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on the 28th day of September, 2014 ("filing date") and continues to operate her steel rolling operation.

3. The Debtor is the owner of certain pre-petition receivables, inventory, and bank

accounts. Debtor expects total income for October of approximately $715,874 as set forth on attached Exhibit 1. The IRS has a lien for taxes of approximately $270,000. Key Bank has a lien on accounts receivable and inventory for approximately $550,000. Oregon Business Development Department (OBDD) has a lien on receivables, accounts and inventory of approximately $500,000, Fora Financial Business Loans, LLC (Fora) has a lien on inventory, accounts, and receivables of approximately $40,000.

As Set forth on attached Exhibit 1, Debtor has need for cash collateral in the amount of $704,644 for October. This includes expenses for labor of $60,467 and various taxes, insurance and other necessary expenses as set forth on the attached Exhibit 1.

4. If Debtor is not allowed to use the cash collateral Debtor's operations will cease and the ability to reorganize will be impossible. Debtor proposes that a replacement lien be granted to Key Bank, OBDD and Fora on all accounts receivable dollar for dollar to replace their security interest in the collateral to the extent of pre-petition cash collateral utilized in the pendency of this bankruptcy proceeding.

5. In addition Debtor proposes that the IRS have a replacement lien in the accounts Receivable, inventory and accounts to the extent that Debtor utilizes cash collateral during the pendency of the case. Debtor believes that the Internal Revenue Service is adequately protected by the equity cushion in Debtor's real property and equipment.

Debtors have given written notice of this application to the U.S. Trustee and the attorney for each secured creditor to the extent they are known. In addition debtor has mailed by certified mail a copy of this Motion to an officer or represented agent of each secured creditor, including notice to the IRS, through the US Attorney General, the United States Attorney for the District of Oregon and the IRS Central Office.

WHEREFORE, Debtors request this Court enter an Interim Order in the form of Exhibit A attached hereto, authorizing Debtor's use of cash collateral.

DATED this 30th day of September, 2014.

/s/ Ted A. Troutman
_____
Ted A. Troutman, OSB#844470
Attorney for Debtor

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---|---|---|
| Material Sales | 725,000 | 725,000 | 525,000 |
| Labor/Handling Charges | 101 | 101 | - |
| Freight & Pkg. Revenue | 2,066 | 2,066 | 815 |
| Common Carrier Revenue | 8,707 | 8,707 | 6,553 |
| Multi-Bldg Item Category Discount | - | - | - |
| Discounts Allowed | (20,000) | (20,000) | (12,000) |
| Total Sales | 715,874 | 715,874 | 520,368 |
| | | | |
| Cost of Sales | 0.72 | 0.72 | 0.69 |
| Materials | 525,000 | 525,000 | 360,000 |
| Scrap | 2,000 | - | 665 |
| Freight In | 25 | 25 | 2,018 |
| Total Material Costs | 527,025 | 525,025 | 362,683 |
| Gross Profit | 188,849 | 190,849 | 157,685 |
| | 26.4% | 26.7% | 30.3% |
| | | | |
| Manufacturing Expenses | | | |
| Propane | 405 | 460 | 539 |
| Wages/Labor | 22,034 | 22,034 | 22,034 |
| Fringe Benefits | 4,485 | 4,485 | 4,485 |
| Payroll Taxes | 6,772 | 6,665 | 3,815 |
| Workers Comp | 3,000 | 3,000 | 3,000 |
| Supplies | | | |
| Packaging | 1,534 | 1,500 | 1,500 |
| Health & Safety | 61 | 101 | 24 |
| Power & Electricity | 1,326 | 1,284 | 1,157 |
| Water & Sewer | 198 | 198 | 198 |
| Garbage | 180 | 180 | 180 |
| Gas | 200 | 100 | 100 |
| Maintenance | 1,000 | 1,000 | 1,000 |
| Shop Tools | 7 | 403 | 41 |
| Rent | 25,000 | 25,000 | 25,000 |
| Misc. Mfg. Espense | 916 | 686 | 630 |
| Insurance | 3,000 | 3,000 | 3,000 |
| Property Taxes | 4,000 | 4,000 | 4,000 |
| Depreciation | 140 | 140 | 140 |
| Total Manufacturing Expense | 74,258 | 74,236 | 70,842 |
| %% of Sales | 10.4% | 10.4% | 13.6% |

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---|---|---|
| Total Cost of Sales | 601,283 | 599,261 | 433,525 |
|  | 84.0% | 83.7% | 83.3% |
|  |  |  |  |
| Gross Profit | 114,591 | 116,612 | 86,843 |
|  | 16.0% | 16.3% | 16.7% |
| Selling Expense |  |  |  |
| Wages & Salaries |  |  |  |
| Fringe Benefits | - | - | - |
| Advertising | 800 | 800 | 800 |
| Travel - Car | 750 | 900 | 500 |
| Meals & Entertainment | 24 | 152 | - |
| Travel - Hotel & Air | 100 | 100 | 100 |
| Cellular Phone - Sales | 50 | 50 | 50 |
| Total Selling Expense | 1,724 | 2,002 | 1,450 |
|  |  |  |  |
| Administrative Exps. |  |  |  |
| Wages & Salaries | 24,007 | 24,007 | 24,007 |
| Fringe Benefits | 5,448 | 5,448 | 5,830 |
| Travel - Car |  |  | 12 |
| Meals & Entertainment | 127 | - | - |
| Sales Commission |  |  |  |
| Office Expenses | 265 | 600 | 1,267 |
| Misc. Expenses | - | - | - |
| Accounting Fees | - | 985 | - |
| Professional | 2,500 | 2,500 | 2,500 |
| Collection Espense | - | - | - |
| Com/Software Support/Data/Web | 727 | 727 | 727 |
| Telephone/Admin | 717 | 734 | 1,448 |
| Cellular Phone/Admin (Prod) | 224 | 224 | 224 |
| Postage | 168 | 142 | 212 |
| Data Processing Supplies | - | 138 | 750 |
| Dues & Subscriptions | - | - | - |
| Health/Safety/Emp. Incentive | 500 | 500 | 884 |
| Licenses/Permits | - | 51 | 101 |
| Officer's Life Insurance | 62 | 62 | 62 |
| Service Contracts (Copier, Etc.) | - | 1,353 | - |
| Lease/Copier | 879 | 879 | 879 |
| Security Monitoring | - | 167 | - |
| Telephone Sys. Lease (ESI 100) | 494 | 494 | 494 |

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---|---|---|
| Outside Services | 1,000 | 1,000 | 1,000 |
| Amortization Expense | 193 | 193 | 193 |
| Total Administrative Exps. | 37,310 | 40,202 | 40,590 |
| | | | |
| Delivery Expenses | | | |
| Wages/Labor | 14,426 | 14,426 | 14,426 |
| Fringe Benefits | 4,125 | 4,125 | 4,125 |
| Truck Driver Expense | 1,500 | 1,400 | 800 |
| Cellular Phone /Truck | 48 | 201 | 106 |
| Truck Expense | - | - | 322 |
| Truck Tracking | 337 | 337 | 337 |
| Truck Lease | 11,000 | 11,000 | 11,000 |
| Trailer Expense | 2,914 | - | 1,319 |
| Gas/Fuel | 15,000 | 12,000 | 9,765 |
| Gas/Fuel (Pickup) | 1,600 | 1,704 | 1,721 |
| Pickup Expense | 34 | 157 | 29 |
| H/wy. & Fuel Tax (ODOT Fees) | 3,500 | 2,000 | 4,000 |
| Freight Expense (Outgoing) | 1,500 | 594 | 750 |
| Total Delivery Expense | 55,985 | 47,944 | 48,700 |
| %% of Sales | 7.8% | 6.7% | 9.4% |
| | | | |
| Net Income (Loss) from Operations | 19,572 | 26,465 | (3,897) |
| | | | |
| Other (Income) Exp. | | | |
| Bank Charges | 750 | 750 | 750 |
| Finance Charges | 1,609 | 1,242 | 367 |
| Discounts Earned | (142) | (142) | (142) |
| Interest Expense | 11,000 | 11,000 | 7,500 |
| Commitment Fees | | | |
| Vendor Rebate | - | - | - |
| Interest Income | - | - | - |
| Placeholder | | | |
| Total Other (Income) Expense | 13,217 | 12,850 | 8,475 |
| | | | |
| **Net Income** | 6,355 | 13,615 | (12,372) |
| | 0.9% | 1.9% | -2.4% |

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---|---|---|
| **Total Wages & Salaries** | | | |
| Manufacturing Expenses | 22,034 | 22,034 | 22,034 |
| Selling Expense | - | - | -- |
| Administrative Exps. | 24,007 | 24,007 | 24,007 |
| Delivery Expenses | 14,426 | 14,426 | 14,426 |
| Total Wages & Salaries | 60,467 | 60,467 | 60,467 |
| %% of Sales | 8.4% | 8.4% | 11.6% |

P/R Tax as %% of Total Labor

| | | | |
|---|---|---|---|
| Net Delivery Exp. | 47,278 | 39,237 | 42,148 |
| Delivery COS %% | 6.5% | 5.4% | 8.0% |

YTD Delivery Exp.
As %% of Sales

**CASH FLOW ADJUSTMENTS**

| | | | |
|---|---|---|---|
| Net Income (Loss) from above | 6,355 | 13,615 | (12,372) |
| | | | |
| **Add Back:** | | | |
| Depreciation | 140 | 140 | 140 |
| Amortization | 193 | 193 | 193 |
| Properrty Taxes | 4,000 | 4,000 | 4,000 |
| Rental Expense | 25,000 | 25,000 | 25,000 |
| Wages to Laura | 2,500 | 2,500 | 2,500 |
| Wages to Dennis | 5,000 | 5,000 | 5,000 |
| | | | |
| **Payments:** | | | |
| Key Bank LOC | (4,000) | (4,000) | (4,000) |
| Mortgage | (11,500) | (11,500) | (11,500) |
| SBA Loan | (6,427) | (6,427) | (6,427) |
| OBDF | (4,250) | (4,250) | (4,250) |
| COG | (1,781) | (1,781) | (1,781) |
| Property Taxes | (4,000) | (4,000) | (4,000) |
| **Net from Business Operations** | 11,230 | 18,490 | (7,496) |

Valley Rolling Corporation  
Operating Forecast  
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---|---|---|
| **Personal Income & Expenses** | | | |
| Laura Income | 2,500 | 2,500 | 2,500 |
| Dennis Income | 5,000 | 5,000 | 5,000 |
| Mortgage | (1,967) | (1,967) | (1,967) |
| Utilities | (365) | (365) | (365) |
| Pickup Payment | (1,132) | (1,132) | (1,132) |
| Maintenance | (225) | (225) | (225) |
| Medical | (300) | (300) | (300) |
| Groceries | (240) | (240) | (240) |
| Gas & Other | (500) | (500) | (500) |
| **Net Personal Activities** | 2,771 | 2,771 | 2,771 |
| | | | |
| **Net From All Activities** | **14,001** | **21,262** | **(4,725)** |

IN THE BANKRUPTCY COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| LAURA L. HAGENAUER, | ) | Case No. 14-63530-fra11 |
| | ) | |
| | ) | **INTERIM ORDER ALLOWING** |
| | ) | **DEBTORS TO USE CASH** |
| Debtor. | ) | **COLLATERAL** |
| _____ | ) | |

This matter came before the court on Debtors' Motion to use Cash Collateral. The Court FINDS:

A.   This bankruptcy case was commenced on September 28, 2014 ("Petition Date").

B.   Debtor has cash collateral in bank accounts, receivables, and inventory ("Cash Collateral"). The Cash Collateral is the proceeds of the manufacturing operation ("Debtor's Business").

Page 1 – INTERIM ORDER ALLOWING DEBTOR TO USE CASH COLLATERAL

Ted A. Troutman
Muir & Troutman
16100 NW Cornell Rd.
Suite 200
Beaverton OR 97006
503-292-6788 TEL
tedtroutman@sbcglobal.net

C.   Debtor will suffer immediate and irreparable harm if they are not permitted to use the Cash Collateral.

D.   The IRS, Key Bank, Fora Financial Business Loans, LLC ("Fora"), and Oregon Business Development Department ("OBDD") claim security interests/liens upon the Cash Collateral.

**NOW THEREFORE, IT IS ORDERED** as follows:

1.   Debtor is authorized to use Cash Collateral in accordance with the attached Budget (Exhibit 1). Debtor's authority to use Cash Collateral is limited to the cumulative amounts and uses of cash collateral as set forth in the Budget; together with a 10% variance for each listed budget category and an overall variance of 5%.

2.   As adequate protection IRS, Key Bank, Fora, and OBDD shall receive a replacement lien upon all post-petition property of the Debtors of the types held by the secured creditors pre petition including but not limited to accounts receivable, inventory, and accounts. The secured creditors liens on post petition collateral will attach in the same amount and priority as the pre-petition liens. In addition, Debtors will pay monthly adequate protection payments to IRS of $700 per month, to Key Bank of $4,000 per month and to OBDD of $4,250 per month starting October 20th and the 20th of each month while this Order is in effect.

3.   Debtors will provide secured creditors IRS, Key Bank OBDD and Fora with a monthly reconciliation of the actual income and expenses compared to the budgeted income and expenses. The reconciliation will be due on the 10th of each month starting in November.

Page 2 – INTERIM ORDER ALLOWING DEBTOR TO USE CASH COLLATERAL

Ted A. Troutman
Muir & Troutman
16100 NW Cornell Rd.
Suite 200
Beaverton OR 97006
503-292-6788 TEL
tedtroutman@sbcglobal.net

4.      Other than the findings above, nothing in this Order shall be construed to (a) prejudice a right of any party in interest (including Debtor) to contest the validity, priority or extent of the liens or security interest of any party in any collateral or in the proceeds thereof, as of, on or after the Petition Date; (b) convert any pre-petition obligations into post-petition obligations; (c) require payment of any obligations on confirmation of a plan of reorganization; (d) alter, improve, limit or impair the rights, if any, of parties claiming to have rights of reclamation against Debtor, or its assets; or (e) enhance the secured position of any creditor as of the Petition Date.

5.      The Automatic Stay of § 362 of the Bankruptcy Code is hereby modified as necessary to permit the Secured Creditors to perfect the adequate protection lien granted to them hereunder; provided, however, that Secured creditors shall not be required to record any document with any filing officer or take any other action to perfect such lien, such lien being hereby deemed to be perfected without any such further action.

6.      Other than the findings above, nothing contained in this Order shall constitute a determination as to the amount, validity or priority of any pre-petition obligation, security interest or lien and all rights of parties in interest to claim that any pre-petition lien or security interest in Debtors' property is unperfected, unenforceable, invalid or voidable, are reserved.  Other than the findings above, nothing in this Order shall constitute an admission or acknowledgement by Debtors that any party has a valid or perfected lien in the cash of Debtors now existing or subsequently received, and the references herein to "Cash Collateral" is without prejudice to all rights, defenses and claims of Debtors to contend that any party does not have a perfected lien or security interest in such cash.

Ted A. Troutman
Muir & Troutman
16100 NW Cornell Rd.
Suite 200
Beaverton OR 97006
503-292-6788 TEL
tedtroutman@sbcglobal.net

      7.      This Order will expire on November 20, 2014.

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

# # #

Submitted by:

*/s/ Ted A. Troutman*

_____
Ted A. Troutman, OSB# 844470
Of Attorneys for Debtor Laura Hagenauer

Page 4 – INTERIM ORDER ALLOWING DEBTOR TO USE CASH COLLATERAL

Ted A. Troutman
Muir & Troutman
16100 NW Cornell Rd.
Suite 200
Beaverton OR 97006
503-292-6788 TEL
tedtroutman@sbcglobal.net

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---:|---:|---:|
| Material Sales | 725,000 | 725,000 | 525,000 |
| Labor/Handling Charges | 101 | 101 | - |
| Freight & Pkg. Revenue | 2,066 | 2,066 | 815 |
| Common Carrier Revenue | 8,707 | 8,707 | 6,553 |
| Multi-Bldg Item Category Discount | - | - | - |
| Discounts Allowed | (20,000) | (20,000) | (12,000) |
| Total Sales | 715,874 | 715,874 | 520,368 |
| | | | |
| Cost of Sales | 0.72 | 0.72 | 0.69 |
| Materials | 525,000 | 525,000 | 360,000 |
| Scrap | 2,000 | - | 665 |
| Freight In | 25 | 25 | 2,018 |
| Total Material Costs | 527,025 | 525,025 | 362,683 |
| Gross Profit | 188,849 | 190,849 | 157,685 |
| | 26.4% | 26.7% | 30.3% |
| | | | |
| Manufacturing Expenses | | | |
| Propane | 405 | 460 | 539 |
| Wages/Labor | 22,034 | 22,034 | 22,034 |
| Fringe Benefits | 4,485 | 4,485 | 4,485 |
| Payroll Taxes | 6,772 | 6,665 | 3,815 |
| Workers Comp | 3,000 | 3,000 | 3,000 |
| Supplies | | | |
| Packaging | 1,534 | 1,500 | 1,500 |
| Health & Safety | 61 | 101 | 24 |
| Power & Electricity | 1,326 | 1,284 | 1,157 |
| Water & Sewer | 198 | 198 | 198 |
| Garbage | 180 | 180 | 180 |
| Gas | 200 | 100 | 100 |
| Maintenance | 1,000 | 1,000 | 1,000 |
| Shop Tools | 7 | 403 | 41 |
| Rent | 25,000 | 25,000 | 25,000 |
| Misc. Mfg. Espense | 916 | 686 | 630 |
| Insurance | 3,000 | 3,000 | 3,000 |
| Property Taxes | 4,000 | 4,000 | 4,000 |
| Depreciation | 140 | 140 | 140 |
| Total Manufacturing Expense | 74,258 | 74,236 | 70,842 |
| %% of Sales | 10.4% | 10.4% | 13.6% |

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---|---|---|
| Total Cost of Sales | 601,283 | 599,261 | 433,525 |
|  | 84.0% | 83.7% | 83.3% |
|  |  |  |  |
| Gross Profit | 114,591 | 116,612 | 86,843 |
|  | 16.0% | 16.3% | 16.7% |
| Selling Expense |  |  |  |
| Wages & Salaries |  |  |  |
| Fringe Benefits | - | - | - |
| Advertising | 800 | 800 | 800 |
| Travel - Car | 750 | 900 | 500 |
| Meals & Entertainment | 24 | 152 | - |
| Travel - Hotel & Air | 100 | 100 | 100 |
| Cellular Phone - Sales | 50 | 50 | 50 |
| Total Selling Expense | 1,724 | 2,002 | 1,450 |
|  |  |  |  |
| Administrative Exps. |  |  |  |
| Wages & Salaries | 24,007 | 24,007 | 24,007 |
| Fringe Benefits | 5,448 | 5,448 | 5,830 |
| Travel - Car |  |  | 12 |
| Meals & Entertainment | 127 | - | - |
| Sales Commission |  |  |  |
| Office Expenses | 265 | 600 | 1,267 |
| Misc. Expenses | - | - | - |
| Accounting Fees | - | 985 | - |
| Professional | 2,500 | 2,500 | 2,500 |
| Collection Espense | - | - | - |
| Com/Software Support/Data/Web | 727 | 727 | 727 |
| Telephone/Admin | 717 | 734 | 1,448 |
| Cellular Phone/Admin (Prod) | 224 | 224 | 224 |
| Postage | 168 | 142 | 212 |
| Data Processing Supplies | - | 138 | 750 |
| Dues & Subscriptions | - | - | - |
| Health/Safety/Emp. Incentive | 500 | 500 | 884 |
| Licenses/Permits | - | 51 | 101 |
| Officer's Life Insurance | 62 | 62 | 62 |
| Service Contracts (Copier, Etc.) | - | 1,353 | - |
| Lease/Copier | 879 | 879 | 879 |
| Security Monitoring | - | 167 | - |
| Telephone Sys. Lease (ESI 100) | 494 | 494 | 494 |

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---|---|---|
| Outside Services | 1,000 | 1,000 | 1,000 |
| Amortization Expense | 193 | 193 | 193 |
| Total Administrative Exps. | 37,310 | 40,202 | 40,590 |
| | | | |
| Delivery Expenses | | | |
| Wages/Labor | 14,426 | 14,426 | 14,426 |
| Fringe Benefits | 4,125 | 4,125 | 4,125 |
| Truck Driver Expense | 1,500 | 1,400 | 800 |
| Cellular Phone /Truck | 48 | 201 | 106 |
| Truck Expense | - | - | 322 |
| Truck Tracking | 337 | 337 | 337 |
| Truck Lease | 11,000 | 11,000 | 11,000 |
| Trailer Expense | 2,914 | - | 1,319 |
| Gas/Fuel | 15,000 | 12,000 | 9,765 |
| Gas/Fuel (Pickup) | 1,600 | 1,704 | 1,721 |
| Pickup Expense | 34 | 157 | 29 |
| H/wy. & Fuel Tax (ODOT Fees) | 3,500 | 2,000 | 4,000 |
| Freight Expense (Outgoing) | 1,500 | 594 | 750 |
| Total Delivery Expense | 55,985 | 47,944 | 48,700 |
| %% of Sales | 7.8% | 6.7% | 9.4% |
| | | | |
| Net Income (Loss) from Operations | 19,572 | 26,465 | (3,897) |
| | | | |
| Other (Income) Exp. | | | |
| Bank Charges | 750 | 750 | 750 |
| Finance Charges | 1,609 | 1,242 | 367 |
| Discounts Earned | (142) | (142) | (142) |
| Interest Expense | 11,000 | 11,000 | 7,500 |
| Commitment Fees | | | |
| Vendor Rebate | - | - | - |
| Interest Income | - | - | - |
| Placeholder | | | |
| Total Other (Income) Expense | 13,217 | 12,850 | 8,475 |
| | | | |
| Net Income | 6,355 | 13,615 | (12,372) |
| | 0.9% | 1.9% | -2.4% |

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---:|---:|---:|
| Total Wages & Salaries | | | |
| Manufacturing Expenses | 22,034 | 22,034 | 22,034 |
| Selling Expense | - | - | - |
| Administrative Exps. | 24,007 | 24,007 | 24,007 |
| Delivery Expenses | 14,426 | 14,426 | 14,426 |
| Total Wages & Salaries | 60,467 | 60,467 | 60,467 |
| %% of Sales | 8.4% | 8.4% | 11.6% |
| P/R Tax as %% of Total Labor | | | |
| | | | |
| Net Delivery Exp. | 47,278 | 39,237 | 42,148 |
| Delivery COS %% | 6.5% | 5.4% | 8.0% |
| YTD Delivery Exp. As %% of Sales | | | |

**CASH FLOW ADJUSTMENTS**

| | | | |
|---|---:|---:|---:|
| Net Income (Loss) from above | 6,355 | 13,615 | (12,372) |
| **Add Back:** | | | |
| Depreciation | 140 | 140 | 140 |
| Amortization | 193 | 193 | 193 |
| Properrty Taxes | 4,000 | 4,000 | 4,000 |
| Rental Expense | 25,000 | 25,000 | 25,000 |
| Wages to Laura | 2,500 | 2,500 | 2,500 |
| Wages to Dennis | 5,000 | 5,000 | 5,000 |
| **Payments:** | | | |
| Key Bank LOC | (4,000) | (4,000) | (4,000) |
| Mortgage | (11,500) | (11,500) | (11,500) |
| SBA Loan | (6,427) | (6,427) | (6,427) |
| OBDF | (4,250) | (4,250) | (4,250) |
| COG | (1,781) | (1,781) | (1,781) |
| Property Taxes | (4,000) | (4,000) | (4,000) |
| **Net from Business Operations** | 11,230 | 18,490 | (7,496) |

Valley Rolling Corporation
Operating Forecast
2014

| Description | OCT 2014 Forecast | NOV 2014 Forecast | DEC 2014 Forecast |
|---|---|---|---|
| **Personal Income & Expenses** | | | |
| Laura Income | 2,500 | 2,500 | 2,500 |
| Dennis Income | 5,000 | 5,000 | 5,000 |
| Mortgage | (1,967) | (1,967) | (1,967) |
| Utilities | (365) | (365) | (365) |
| Pickup Payment | (1,132) | (1,132) | (1,132) |
| Maintenance | (225) | (225) | (225) |
| Medical | (300) | (300) | (300) |
| Groceries | (240) | (240) | (240) |
| Gas & Other | (500) | (500) | (500) |
| **Net Personal Activities** | 2,771 | 2,771 | 2,771 |
| | | | |
| **Net From All Activities** | 14,001 | 21,262 | (4,725) |